

FILED

07/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0351

ALVIN BURDEN,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, CASCADE COUNTY, HONORABLE
JOHN A. KUTZMAN,

Respondent.

FILED

JUL 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Alvin Burden, via counsel, seeks a writ of supervisory control vacating the below-referenced orders of the Eighth Judicial District Court, Cascade County, denying his motions to continue trial in Cause No. CDC-19-350. He asserts that the court erred in denying the motions because the State did not object, he is not currently incarcerated pending trial, and the ongoing and again-surging threat of Covid-19 is particularly acute under the circumstances of this case.

As pertinent here, supervisory control is an extraordinary remedy sometimes justified when urgency or emergency factors make the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law resulting in gross injustice under the particular circumstances at issue. M. R. App. P. 14(3). Whether supervisory control is appropriate is a highly discretionary matter determined on a case-by-case basis. *Stokes v. Mont. Thirteenth Judicial Dist. Court*, 2011 MT 182, ¶ 5, 361 Mont. 279, 259 P.3d 754 (citations omitted).

Jury trial is currently set for July 13, 2020. Based on the limited record before us, it appears that Burden moved to continue the July 13, 2020 trial date on May 19, 2020, due to difficulty in interviewing witnesses caused by the COVID-19 pandemic. On June 10, 2020, the District Court denied the motion based on "current arrangements" permitting

only one jury trial every few weeks and that it could not continue a trial date due to inconvenience. On June 19, 2020, Burden's counsel moved for reconsideration based on the again-surging Covid-19 threat, her particularly high risk of Covid-19 exposure and contraction under the circumstances, and her current state of self-quarantine. On June 26, 2020, the District Court again denied the motion in single-sentence order.

While we generally do not exercise supervisory control without obtaining a response from the respondent court under M. R. App. P. 14(7), this case presents a rare circumstance warranting immediate exercise of supervisory control due to the imminent urgency of the situation, the unique nature of the material facts and governing law, and the frivolity and futility of ordering a response, the timing of which would necessarily moot the matter at issue and effectively grant the requested relief without a response in any event. Accordingly, based on the unique circumstances of this case, and without establishing precedent, we find good cause in the interests of justice under M. R. App. P. 14(3) and Montana Constitution Article VII, Section 2(2) to exercise supervisory control and summarily grant Burden's petition.

Therefore,

IT IS ORDERED that the petition for a writ of supervisory control is ACCEPTED and GRANTED.

IT IS FURTHER ORDERED that the June 26, 2020 Order that denied Burden's Motion for Reconsideration to Continue Trial Due to Covid-19 Concerns in Cause No. CDC-19-350 is VACATED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. CDC-19-350, and the Honorable John A. Kutzman, presiding.

DATED this 7th day of July, 2020.

_____
Chief Justice

2

_____

_____

_____

_____
Justices

3